**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fesanco, Michael J** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Fesanco, Lisa M** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    **xxx-xx-1444** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    **xxx-xx-3987** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2704 E. Chestnut Drive**<br>**Wonder Lake, IL 60097-8539** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2704 E. Chestnut Drive**<br>**Wonder Lake, IL 60097-8539** |
| County of Residence or of the<br>Principal Place of Business:    **Mchenry** | County of Residence or of the<br>Principal Place of Business:    **Mchenry** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s) ☐ Railroad<br>☐ Corporation ☐ Stockbroker<br>☐ Partnership ☐ Commodity Broker<br>☐ Other_____ ☐ Clearing Bank | ☐ Chapter 7 ☐ Chapter 11 ■ Chapter 13<br>☐ Chapter 9 ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Fesanco, Michael J**<br>**Fesanco, Lisa M** | FORM B1, Page 2 |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois, Eastern Division (Chapter 7)** | Case Number:<br>**00 B 34897** | Date Filed:<br>**3/05/01** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Michael J Fesanco**
Signature of Debtor **Michael J Fesanco**

X  **/s/ Lisa M Fesanco**
Signature of Joint Debtor **Lisa M Fesanco**

_____
Telephone Number (If not represented by attorney)

**October 15, 2005**
Date

**Signature of Attorney**

X  **/s/ Erick Bohlman**
Signature of Attorney for Debtor(s)

**Erick Bohlman 6224222**
Printed Name of Attorney for Debtor(s)

**Bohlman Law Offices, P.C.**
Firm Name

**111 South Virginia Street**
**Crystal Lake, IL 60014**
Address

**Email: abohlman@sbcglobal.net**
**815-477-9200  Fax: 815-477-9201**
Telephone Number

**October 15, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Erick Bohlman**          **October 15, 2005**
Signature of Attorney for Debtor(s)          Date
**Erick Bohlman 6224222**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

AmeriCash Loans
4213 W. Elm
Lecompton, KS 66050


Armor Systems
2322 N. Greenbay Rd.
Waukegan, IL 60087


Bull Valley Dentistry
601 Ridgeview Dr.
Mchenry, IL 60050


Capital One
PO Box 60000
Seattle, WA 98190-6000


Capital One
PO Box 34634
Seattle, WA 98124-1634


Capital One
Bankruptcy Dept.
P.O. Box 85167
Richmond, VA 23285-5167


Capitol One
PO Box 60000
Seattle, WA 98190-6000


Centegra Health System
P.O. Box 1990
Woodstock, IL 60098


Centegra Northern Ill Med Ctr
c/o OSI Collection Services
PO Box 959
Brookfield, WI 53008-0959


Centegra Northern Ill Med. Ctr
c/o OSO Collection Services
PO Box 959
Brookfield, WI 53008-0959

Centegra Northern Ill. Med. Ctr
c/o OSI Collection Services
PO Box 959
Brookfield, WI 53008-0959


Centegra Northern Illinois Med Ctr
OSI Collection Services, Inc
PO Box 959
Brookfield, WI 53008-0959


Centegra Northern Illinois Med. Ctr
PO Box 1447
Woodstock, IL 60098


Centregra
PO Box 1447
Woodstock, IL 60098


Centregra Northern Illinois Med Ctr
PO Box 1447
Woodstock, IL 60098


Children's Hospital of Wisconsin
9000 W. Wisconsin Ave.
Milwaukee, WI 53226


Children's Memorial Hospital
c/o Medical Recovery Specialists
2200 E. Devon Ave
Des Plaines, IL 60018-4519


Children's Memorial Hospital
c/o Medical Recovery Specialists, I
2200 E. Devon Ave. Ste 288
Des Plaines, IL 60018-4519


Children's Memorial Medical Center
75 Remittance Dr. Ste 92611
Chicago, IL 60675-2611


Computer Credit, Inc.
PO Box 5238
Winston Salem, NC 27113-5238

Condell Medical Center
755 S. Milwaukee on Condell Drive
Suite 127
Libertyville, IL 60048


Dell
PO Box 6403
Carol Stream, IL 60197-6403


Dominicks
c/o Check Recovery Systems
PO Box 45405
Los Angeles, CA 90045-0274


Dynamic Hand Therapy
3900 Washington St. Ste B
Gurnee, IL 60031


EBay
c/o NCO FInancial Systems Inc
3850 N. Causeway Blvd Ste. 200
Metairie, LA 70002


Edward M. Atkins, MD
8135 N. Milwaukee Ave
Niles, IL 60714


Evanston Northwestern Healthcare
23056 Network Place
Chicago, IL 60673-1230


Express Scripts
PO Box 66582
Saint Louis, MO 63166-6582


Figi's Inc.
c/o Placement Control Group
3200 S. Maple Ave
Marshfield, WI 54404


First Consumer
c/o NAFS
165 Lawrence Bell Dr. Ste 100
Buffalo, NY 14231-9027

First Consumers National Bank
PO Box 2638
Omaha, NE 68103-2638


Great Plaines Lab
Credit World Services
6000Martway St.
Mission, KS 66202


IL Bone & Joint Institute
135 S. LaSalle Dpt 1052
Chicago, IL 60674


Jenny A Potanos MA
1N031 Coventry Dr
Carol Stream, IL 60188


Juan F. Sotos MD
c/o Carlile Patchen & Murphy LLP
366 E. Broad St.
Columbus, OH 43215


Lake Forest ER Physicians
c/o Malcolm S. Gerald & Assoc
332 S. Michigan Ave. Ste 600
Chicago, IL 60604


Lake Forest Hospital
c/o Malcolm S. Gerald & Assoc.
332 S. Michigan Ave. Ste 600
Chicago, IL 60604


Lake/McHenry Pathology Assoc.
520 E. 22nd St
Lombard, IL 60148


Lanoff Cavanaugh Daddono
2504 Washington St.
Waukegan, IL 60085


McHenry Radiologists
c/o A/R Concepts Inc
33 W. Higgins Ste 715
Barrington, IL 60010

Medical Services RIC
36912 Eagle Way
Chicago, IL 60678-1369


Midland Mortgage Co.
P.O. Box 26648
Oklahoma City, OK 73126-0648


Mitsubishi Motors Credit of America
PO Box 790189
Saint Louis, MO 63179-0189


Moraine Emergency Phyisicians
PO Box 8759
Philadelphia, PA 19101-8759


Moraine Emergency Physicians
c/o NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Moraine Emergency Physicians
PO Box 8759
Philadelphia, PA 19101-8759


Moraine Emergency Physicians
PO Box 8750
Philadelphia, PA 19101-8759


Neil Pollock, MD
890 Garfield Ave. Ste. 106
Libertyville, IL 60048


Nextel
c/o AFNI
PO Box 3097
Bloomington, IL 61702-3097


Northeast Radiology Assoc
c/o ICS
PO Box 646
Oak Lawn, IL 60454-0646

Northwestern Memorial Hospital
c/p Revenue Production Mangement, I
PO Box 830913
Birmingham, AL 35283-0913


NovaCare
1835 Solutions Center
Chicago, IL 60677-1008


Office Max Inc
c/o Dun & Bradstreet
PO Box 539
Richfield, OH 44286


OSI Collection Services
P.O. Box 550720
Jacksonville, FL 32255-0720


Payday Loan Store of Illinois
c/o Robert M. Wolfberg
300 N. Elizabeth Ste. 4E
Chicago, IL 60607


Pediatric Place
c/o ATG Credit, LLC
PO Box 14895
Chicago, IL 60614-4895


Providian Financial Corp
c/o Resurgence Financial LLC
4100 Commercial Ave
Northbrook, IL 60062


Quest Diagnostics
PO Box 64500
Baltimore, MD 21264-4500


Quest Diagnostics
PO Box 64804
Baltimore, MD 21264-4804


Reader's Digest Hooked on Phonics
c/o North Shore Agency
PO Box 8901

Reliance Standard
2001 Market Street
Suite 1500
Philadelphia, PA 19103-7090


Ruggiero, Nicholas DDS
c/o Credit Management Services
9525 Sweet Valley Dr
Cleveland, OH 44125


SBC Midwest
c/o Risk Management
PO Box 105062
Atlanta, GA 30348


The University of Chicago Hospitals
1122 Paysphere Circle
Chicago, IL 60674


Triad Financial
c/o Mercantile PO Box 9315A
Rochester, NY 14604-0999


Universal Fidelty LP
c/o JOhn Lee Jackson
1445 Langham Creek Drive
Houston, TX 77084


Walgreens
c/o Check Plus Systems, LP
PO Box 23037
Corpus Christi, TX 78403


Waters Edge Apts
c/o NCC Business Services, Inc
3733 University Blvd Ste 300
Jacksonville, FL 32217


Witbeck
23365 Woodward Ave
Ferndale, MI 48220


Wonder Foods
7505 Hancock Dr.
Wonder Lake, IL 60097