UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: MICHAEL J. FESANCO           §         Case No. 05-77061
       LISA M. FESANCO              §
                                    §
                                    §
            Debtors                 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/15/2005.

2) The plan was confirmed on 01/20/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/17/2010.

6) Number of months from filing or conversion to last payment: 55.

7) Number of months case was pending: 59.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,553.27.

10) Amount of unsecured claims discharged without full payment: $121,023.40.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 21,116.15 | |
| Less amount refunded to debtor | $ 51.15 | |
| **NET RECEIPTS** | | $ 21,065.00 |

### Expenses of Administration:

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,200.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,405.56 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,605.56 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BOHLMAN LAW OFFICES, P.C. | Lgl | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| MIDFIRST BANK | Sec | 3,837.60 | 7,030.28 | 7,030.28 | 7,030.28 | 0.00 |
| MITSUBISHI MOTORS CREDIT OF | Sec | 9,915.00 | 17,714.90 | 9,915.00 | 9,915.00 | 0.00 |
| MITSUBISHI MOTORS CREDIT OF | Uns | 7,776.38 | 0.00 | 7,799.90 | 178.21 | 0.00 |
| AMERICASH LOANS | Uns | 1,619.89 | 1,619.89 | 0.00 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP. | Uns | 26.00 | 26.00 | 0.00 | 0.00 | 0.00 |
| BULL VALLEY DENTISTRY | Uns | 172.08 | 172.08 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,218.00 | 935.54 | 935.54 | 21.38 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 946.00 | 798.36 | 798.36 | 18.24 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 1,589.26 | 1,589.26 | 1,589.26 | 36.31 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 1,227.00 | 941.80 | 941.80 | 21.51 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 273.62 | 273.62 | 0.00 | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 118.93 | 118.93 | 0.00 | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 162.70 | 162.70 | 0.00 | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 263.64 | 263.64 | 0.00 | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 193.19 | 193.19 | 0.00 | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 312.12 | 312.12 | 0.00 | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 46.62 | 46.62 | 0.00 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA MEMORIAL MEDICAL | Uns | 432.09 | 432.09 | 0.00 | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 100.00 | 100.00 | 0.00 | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 17.02 | 17.02 | 0.00 | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 116.27 | 116.27 | 0.00 | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 232.09 | 232.09 | 0.00 | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF | Uns | 121.25 | 121.25 | 0.00 | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Uns | 17.48 | 17.48 | 0.00 | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Uns | 162.98 | 162.98 | 0.00 | 0.00 | 0.00 |
| CHILDRENS MEMORIAL | Uns | 232.33 | 232.33 | 0.00 | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Uns | 742.42 | 742.42 | 0.00 | 0.00 | 0.00 |
| DELL | Uns | 1,388.00 | 1,388.00 | 0.00 | 0.00 | 0.00 |
| CHECK RECOVERY SYSTEMS | Uns | 173.77 | 173.77 | 0.00 | 0.00 | 0.00 |
| DYNAMIC HAND THERAPY | Uns | 225.50 | 225.50 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 119.38 | 119.38 | 0.00 | 0.00 | 0.00 |
| EDWARD M. ATKINS, MD | Uns | 334.18 | 334.18 | 0.00 | 0.00 | 0.00 |
| EVANSTON NORTHWESTERN | Uns | 66.53 | 66.53 | 0.00 | 0.00 | 0.00 |
| EXPRESS SCRIPTS | Uns | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 |
| PLACEMENT CONTROL GROUP | Uns | 274.87 | 274.87 | 0.00 | 0.00 | 0.00 |
| NAFS | Uns | 1,101.33 | 1,101.33 | 0.00 | 0.00 | 0.00 |
| FIRST CONSUMER MASTER TRUST | Uns | 1,060.00 | 1,060.74 | 1,060.74 | 24.24 | 0.00 |
| CREDIT WORLD SERVICES, INC. | Uns | 125.00 | 125.00 | 0.00 | 0.00 | 0.00 |
| IL BONE & JOINT INSTITUTE | Uns | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 |
| JENNY A. POTANOS, MA | Uns | 103.00 | 103.00 | 0.00 | 0.00 | 0.00 |
| CARLILE, PATCHEN & MURPHY LLP | Uns | 99.50 | 99.50 | 0.00 | 0.00 | 0.00 |
| MALCOLM S. GERARD & | Uns | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 |
| MALCOLM S. GERARD & | Uns | 95.28 | 95.28 | 0.00 | 0.00 | 0.00 |
| LAKE/MCHENRY PATHOLOGY | Uns | 112.00 | 112.00 | 0.00 | 0.00 | 0.00 |
| LAKE/MCHENRY PATHOLOGY | Uns | 133.00 | 133.00 | 0.00 | 0.00 | 0.00 |
| LANOFF, CAVANAUGH & DADDONO | Uns | 96.34 | 96.34 | 0.00 | 0.00 | 0.00 |
| A/R CONCEPTS, INC. | Uns | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 |
| MEDICAL SERVICE RIC | Uns | 65.00 | 65.00 | 0.00 | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 267.00 | 267.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL | Uns | 267.00 | 267.00 | 0.00 | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 14.40 | 14.40 | 0.00 | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 14.40 | 14.40 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| MORAINE EMERGENCY | Uns | 14.40 | 14.40 | 0.00 | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 283.00 | 283.00 | 0.00 | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 14.40 | 14.40 | 0.00 | 0.00 | 0.00 |
| NEIL POLLOCK, MD | Uns | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 |
| AFNI | Uns | 317.00 | 317.00 | 0.00 | 0.00 | 0.00 |
| ICS COLLECTION SERVICE | Uns | 157.47 | 157.47 | 0.00 | 0.00 | 0.00 |
| RPM, INC. | Uns | 213.35 | 213.35 | 0.00 | 0.00 | 0.00 |
| NOVACARE | Uns | 67.53 | 67.53 | 0.00 | 0.00 | 0.00 |
| DUN & BRADSTREET | Uns | 95.28 | 95.28 | 0.00 | 0.00 | 0.00 |
| ROBERT M. WOLFBERG | Uns | 289.35 | 289.35 | 0.00 | 0.00 | 0.00 |
| ATG CREDIT, LLC | Uns | 540.07 | 540.07 | 0.00 | 0.00 | 0.00 |
| RESURGENCE FINANCIAL LLC | Uns | 354.83 | 354.83 | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 230.90 | 230.90 | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS INC | Uns | 52.54 | 52.54 | 0.00 | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Uns | 254.36 | 254.36 | 0.00 | 0.00 | 0.00 |
| RELIANCE STANDARD | Uns | 58,803.21 | 58,803.21 | 0.00 | 0.00 | 0.00 |
| RUGGIERO, NICHOLAS, DDS | Uns | 60.81 | 60.81 | 0.00 | 0.00 | 0.00 |
| RISK MANAGEMENT | Uns | 460.00 | 460.00 | 0.00 | 0.00 | 0.00 |
| THE UNIVERSITY OF CHICAGO | Uns | 99.00 | 99.00 | 0.00 | 0.00 | 0.00 |
| MERCANTILE ADJUSTMENT | Uns | 9,378.72 | 9,378.72 | 0.00 | 0.00 | 0.00 |
| JOHN LEE JACKSON | Uns | 59.93 | 59.93 | 0.00 | 0.00 | 0.00 |
| CPS SECURITY | Uns | 60.63 | 60.63 | 0.00 | 0.00 | 0.00 |
| NCC BUSINESS SERVICES, INC. | Uns | 2,750.00 | 2,750.00 | 0.00 | 0.00 | 0.00 |
| WITBECK | Uns | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| WONDER FOODS | Uns | 52.12 | 52.12 | 0.00 | 0.00 | 0.00 |
| TRIAD FINANCIAL CORPORATION | Uns | 0.00 | 9,378.72 | 9,378.72 | 214.27 | 0.00 |
| FIRST MADISON SERVICES INC | Uns | 0.00 | 6,182.00 | 0.00 | 0.00 | 0.00 |
| 25 EAST SAME DAY SURGERY | Uns | 285.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC PLACE | Uns | 540.07 | NA | NA | 0.00 | 0.00 |
| OASIS LEGAL FINANCE | Uns | 12,100.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCIAL | Uns | 121.07 | NA | NA | 0.00 | 0.00 |
| MHS PHYSICIAN SERVICES | Uns | 370.00 | NA | NA | 0.00 | 0.00 |
| CLERK OF U.S. BANKRUPTCY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 7,030.28 | $ 7,030.28 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 9,915.00 | $ 9,915.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 16,945.28 | $ 16,945.28 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 22,504.32 | $ 514.16 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,605.56 |
| Disbursements to Creditors | $ 17,459.44 |
| **TOTAL DISBURSEMENTS:** | $ 21,065.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  09/16/2010                    By:  /s/ Lydia S. Meyer
                                                                                          Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)